# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:98CR331-1 |
| Charles Rodell Robinson ) | USM No: 15275-058 |
| Date of Previous Judgment: 8/25/99 ) | Samuel Bayness Winthrop |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____       Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): Pursuant to Amendment 706 (Retroactive Crack Cocaine Reduction), the defendant is eligible for a two-level reduction in offense level for the amount of cocaine base found by the Court at the original sentencing. However, at the initial sentencing, the defendant was found to be a career offender, and the resulting offense level is greater than the offense level found for the amount of cocaine base for which Mr. Robinson was responsible. As such, the guideline calculations do not change.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 8/25/99 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 12, 2008

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge